# EXHIBIT B

# Constitution of Students for Justice in Palestine
## University of Florida

### ARTICLE I.  NAME OF ORGANIZATION

The name of this organization is Students for Justice in Palestine. This organization will also utilize the acronym SJP in publicity materials and correspondence. SJP is affiliated with National Students for Justice in Palestine (NSJP) operating in the United States. The website for NSJP is http://sjpnational.org/. However, NSJP is not an umbrella organization of which we are a subordinate organization. Rather, NSJP serves as a coalition and networking group for SJPs and other like-minded groups on college campuses across the nation.

### ARTICLE II.  PURPOSE STATEMENT

In stark recognition of the failure of modern society to produce a just and reasonable solution to the Palestine-Israel conflict, Students for Justice in Palestine is founded at the University of Florida as a human rights advocacy organization in order to promote public awareness and activism in our community.

In pursuit of this goal we aim to promote international law, human rights, and justice for all people affected by this conflict. We are directed at incorporating a diverse membership of people from all faiths and nationalities who believe in the attainability of peace.

### ARTICLE III.  COMPLIANCE STATEMENT

Upon approval by the Department of Student Activities and Involvement, Students for Justice in Palestine shall be a registered student organization at the University of Florida. Students for Justice in Palestine shall comply with all local, state and federal laws, as well as all University of Florida regulations, policies, and procedures. Such compliance includes but is not limited to the University's regulations related to Non-Discrimination, Sexual Harassment (including sexual misconduct, dating violence, domestic violence, and stalking), Hazing, Commercial Activity, and Student Leader Eligibility.

### ARTICLE IV.  UNIVERSITY REGULATIONS

Section A. Non-Discrimination
Students for Justice in Palestine agrees that it will not discriminate on the basis of race, creed, color, religion, age, disability, sex, sexual orientation, gender identity and expression, marital status, national origin, political opinions or affiliations, genetic information and veteran status as protected under the Vietnam Era Veterans' Readjustment Assistance Act.

Section B. Sexual Harassment
Students for Justice in Palestine agrees that it will not engage in any activity that is unwelcome conduct of sexual nature that creates a hostile environment.

Section C. Hazing
Students for Justice in Palestine agrees that it will not initiate, support, or encourage any events or situations that recklessly, by design, or intentionally endanger the mental or physical health or safety of a student for any purpose including but not limited to initiation or admission into or affiliation with any student group or organization.

Section D. Responsibility to Report
If this organization becomes aware of any such conduct described in this article, Students for Justice in Palestine will report it immediately to Student Activities and Involvement, the Director of Student Conduct and Conflict Resolution, or the University's Title IX Coordinator.

## ARTICLE V.     MEMBERSHIP

Membership in this organization is open to all enrolled students at the University of Florida. Non-enrolled students, spouses, faculty, and staff may be associate members; however, they may not vote or hold office. All members and associate members are free to leave and disassociate without fear of retribution, retaliation, or harassment.

## ARTICLE VI.    OFFICERS

Section A:  The elected officers of Students for Justice in Palestine shall be President, Vice President External, Vice President Internal, Treasurer, Secretary, Historian, and Webmaster.

Part 1: The President will be responsible for the following:
- Properly delegating tasks to the board and general members so that events run smoothly
- Confirming speaker/entertainer contracts
- Communicating with Classic Fare and other event services
- Leading executive meetings and general body meetings, which includes creating agendas
- Approving SARs and helping the Treasurer manage the budget
- Being knowledgeable about the Palestinian-Israeli conflict and SJP's general stance on core issues
- Attending and making announcements at other groups' meetings

Part 2: The Vice-President External will be responsible for the following:
- Networking with other groups and finding co-sponsors
- Heading tabling and other PR activities
- Managing the Facebook group and other social networking sites, including making event pages
- Heading advertising by delegating advertising tasks to the members
- Writing press releases and submitting events into Gator Times and the What's Happening section of the newspaper
- Involving members by conveying their ideas for events or actions to the executive board

Part 3: The Vice-President Internal will be responsible for the following:

- Reducing time conflicts for events by coordinating with other groups
- Submitting event permits, including tabling permits
- Finding and keeping in contact with speakers
- Confirming that each executive member and volunteer is aware of their tasks during an event
- Tabling and assisting VP External with advertising tasks

Part 4: The Treasurer will be responsible for the following:
- Keeping a detailed account of and managing the allotted budget
- Managing receipts
- Writing SARs or approving them promptly
- Thinking of and managing fundraisers for both SJP and Palestinian charities
- Keeping detailed records of materials and what they cost to make future SARs more efficient
- Along with the President, forming and submitting a new budget to SG Finance for the next academic year

Part 5: The Secretary will be responsible for the following:
- Recording general body meeting attendance and event attendance
- Taking meeting minutes
- Sending out e-mails to SJP members in a timely fashion
- Printing and copying materials when needed
- Booking rooms for events, executive board meetings, and general body meetings
- In charge of room set up for events

Part 6: The Historian will be responsible for:
- Recording all events and meetings through photo and video
- Making sure photos and videos of events are posted on the group's social networking platforms
- Member of the Editorial Committee
- Creating or finding someone to create event flyers and posters

Part 7: The Webmaster will be responsible for:
- Maintain the website
- Assist with social media efforts
- Be responsible and knowledgeable on IT matters.

Section B: An appointed chair position of Students for Justice in Palestine is the Editorial Committee Chair

Part 1: The Editorial Committee Chair is appointed by a simple majority vote of the executive board members.

Part 2: The Editorial Committee Chair is in charge of finding members to join an editorial committee, which will coordinate to write and submit relevant opinion pieces to the university newspaper and other outlets. The committee is also in charge of developing different ideas/methods to get SJP's name and image out to the student body.

Section C: Officers shall assume their official duties at the close of the last general meeting of the academic year and shall serve for a term of one academic year and/or until their successors are elected/appointed.

Section D: Any officer of Students for Justice in Palestine may be removed from office through the following process

Part 1: A written request by at least three voting members of the organization shall be submitted to the Secretary. Written notification shall be sent to the officer to be present at the next meeting and prepared to respond to the removal request.

Part 2: A two-thirds majority is necessary to remove the officer.

Part 3: In the event of the removal of an officer, or of a vacancy, a special provision may be granted to the remaining officers to appoint an interim replacement officer until an election may be held.

## ARTICLE VII.     ELECTIONS

Section A: For all elections the following criteria will be followed both for who can run and who can vote.

Part 1: An elections committee consisting of at least two people will be appointed by the E-board to both handle nominations and run the elections.

Part 2: Elections for all officers will take place annually every April. Any candidates running must have gone to at least two events and at least one general body meeting. The same criteria must be met by voting members. Someone who is running for a position cannot vote for that position. Candidates and voters are expected to follow the honor system.

Part 3: In order for a candidate to be nominated, they must send in a short application of their qualifications to the elections committee. Alternatively, they can be nominated by two voting members, in which case the candidate will be notified of their nomination and asked to accept or reject. There will also be a write-in option on the day of elections, but write-in candidates must still meet all requirements.

Section B: The following are the rules for the elections committee when running the elections.

Part 1: Voting will occur for each position by secret ballot to be distributed and collected by one of the elections committee members. Eligible voters may only select one option on the ballot. There will be separate ballots for each position.

Part 2: Unless giving a speech, candidates must leave the room during the speeches and when votes are being cast.

Part 3: There will be a vote of no confidence. If a voter does not feel that any running candidates are capable of the position for which they are running, then a voter can choose to vote 'no confidence'. This results in a -1 for each candidate towards their vote total. If they all have negative sums, then no one is elected to the position and there must be a re-election. Flexibility is given to the elections committee in this scenario.

Part 4: The required margin of victory is a plurality for all officer positions.

Section C: In the event of a tie, there will be follow-up questions that each candidate must answer, followed by a re-vote (again by secret ballot) until the tie is broken. Both candidates must leave the room while voters discuss a new question to ask both candidates for the re-vote. Each candidate must answer each question while their opponent is out of the room.

Section D: The positions of President, Vice President External, Vice President Internal, Treasurer, Secretary, and Historian must be filled. In the event that a position is not filled during the planned election in April, future elections must be planned at the discretion of the new executive board to give opportunity to interested members to fill any empty positions.

## ARTICLE VIII.    FACULTY ADVISOR

The faculty advisor will provide advisory support for officers and will serve as a resource for all members of the organization. The E-board will select the advisor by consensus of all the officers. The advisor must be a faculty member at the University of Florida. The advisor is not required to attend any meetings. The term will be indefinite as long as the advisor is able to fulfill the position. In the case of replacement or should the advisor be unable to continue with their position, a new advisor will be selected by the E-board, again by consensus of all the officers.

## ARTICLE IX.    FINANCE

Students for Justice in Palestine has been funded by Student Government and will continue to apply for funding every year. For this reason, SJP will not require membership dues. Any fundraising for outside revenue or for philanthropy will be managed by the treasurer and will not use SG funds in accordance with the guidelines for SG funded organizations.

## ARTICLE X.    DISSOLUTION OF ORGANIZATION

In the event this organization dissolves, all monies left in the treasury, after outstanding debts and claims have been paid, shall be donated to Palestine Children's Relief Fund (www.pcrf.net).

## ARTICLE XI.    CAMPUS CLIMATE

Section A: Students for Justice in Palestine is committed to ensuring that all members feel welcomed and feel free to give their voice on the conflict. We therefore try to prevent and denounce any intimidation directed towards our members in an effort to silence them, which other SJP chapters are known to have experienced.

Section B: Although SJP is against all forms of discrimination as described in Article IV, we draw special attention to and against anti-Semitism and Islamophobia, as in addition to being morally and ethically wrong, both forms of discrimination are directly involved in the conflict and are often used to silence people's (often students') voices.

## ARTICLE XII.   POLITICAL NON-AFFLIATION

Students for Justice in Palestine is not affiliated with any political parties, groups, organizations, or factions whether national or international. SJP members are not required nor encouraged to hold any specific political or economic views. As a human rights advocacy organization, our main focus is supporting the human rights of the Palestinian people and all other oppressed peoples. Should we co-sponsor events with more political organizations, this does not mean we hold the views of that organization.

## ARTICLE XIII.   SUPPORT FOR DIVESTMENT ACTIONS

Given the strong views held by many when it comes to the Palestine-Israel conflict, we believe the University as well as any public institution should try to remain neutral by not directly supporting any side in the conflict. This includes not investing in companies or organizations that profit off of the occupation of the Palestinian territories and the suffering of the Palestinian people. We therefore support any actions that call for a moral accountability when dealing with the Palestine-Israel conflict.

## ARTICLE XIV.   MEETINGS

Students for Justice in Palestine will hold a minimum of three general body meetings every Fall and Spring semester, but will give all effort to hold one general body meeting per month.

The executive board consisting of the officers described in Article VI will also have executive board meetings at least once every other week. Executive meetings are open to all members, and all members are encouraged to attend.

## ARTICLE XV.   AMENDMENTS TO THE CONSTITUTION

Amendments to this constitution can be considered upon written request by a member and at least five supporters. The executive board will then determine whether the amendment is a minor or major change. If determined to be a minor change, a two-thirds vote of the officers is needed. If determined to be a major change, the amendment will be discussed at the next general body meeting and a two thirds vote of all present members will be needed to approve the amendment. All amendments are subject to final approval by the department of Student Activities and Involvement.