# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF FLORIDA,

    *Plaintiff*,

v.

RAYMOND RODRIGUES, et al.,

    *Defendants*.

Case No. 1:23-cv-275

### DECLARATION OF DANIEL B. TILLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Daniel B. Tilley, hereby declare and state as follows:

1.    My name is Daniel B. Tilley. I am over 18 years of age.

2.    I am the Legal Director at American Civil Liberties Union Foundation of Florida and counsel for Plaintiff in this action. The ACLU Foundation of Florida is located at 4343 West Flagler Street, Suite 400, Miami, FL 33134.

3.    I am familiar with each of the matters set forth herein based on personal knowledge and review of publicly available information. If called to testify as a witness, I could and would testify competently as to the matters set forth herein.

1

4. On October 24, 2023, the Florida State University System issued a memorandum ("Deactivation Order") ordering the deactivation of Students for Justice in Palestine chapters in the Florida State University System.

5. Attached as Exhibit A is a true and correct copy of the Deactivation Order, which is available at https://www.flbog.edu/wp-content/uploads/2023/10/Deactivation-of-Students-for-Justice-in-Palestine.pdf.

6. The University of Florida's SJP chapter ("UF SJP"), Plaintiff in this lawsuit, is subject to the Deactivation Order.

7. Attached as Exhibit B is a true and correct copy of UF SJP's constitution, which is available at https://orgs.studentinvolvement.ufl.edu/Admin/File/DownloadConstitution/1220.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on November 16, 2023.

>*/s/ Daniel B. Tilley*
> Daniel B. Tilley
>
> Daniel B. Tilley (FBN 102882)
> AMERICAN CIVIL LIBERTIES
>   UNION FOUNDATION OF FLORIDA
> 4343 West Flagler Street, Suite 400
> Miami, FL 33134
> (786) 363-2714
> dtilley@aclufl.org