IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STUDENTS FOR JUSTICE IN PALESTINE
AT THE UNIVERSITY OF FLORIDA,

   *Plaintiff*,

v.

RAYMOND RODRIGUES, et al.,

   *Defendants*.

Case No. 1:23-cv-275

### DECLARATION OF MIKAELA BOELKINS IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Mikaela Boelkins, hereby declare and state as follows:

1.    My name is Mikaela Boelkins. I am over 18 years of age.

2.    I have personal knowledge of the following facts and if called to testify could and would competently do so.

3.    I am a sophomore student at the University of Florida studying Arabic and Linguistics. I expect to early graduate from the University of Florida in Spring 2025.

4.    I have been a member of the University of Florida chapter of Students for Justice in Palestine ("UF SJP") since enrolling at the University of Florida last fall. At the beginning of this semester, I was elected Secretary of UF SJP. I currently serve as Vice President of the organization.

1

5. Currently, UF SJP has four board members, and numerous active members.

6. As a board member of UF SJP, I have access to the organization's official email and Instagram accounts.

7. I have been involved in several other activities at the University of Florida, such as student government and marching band. I am also currently a board member of the Linguistics Society, which is a registered student organization at the university.

8. I care deeply about UF SJP's mission. During my gap year before enrolling at the University of Florida, I had the opportunity to study Arabic in Amman, Jordan, on a U.S. government-funded scholarship. There, I gained a deeper perspective on the experiences of Palestinian people.

9. While living in Jordan for Arabic study, I was deeply moved by the personal stories of Jordanian-Palestinian friends, many of whom had parents that were expelled during the 1948 Nakba (catastrophe, in Arabic).

10. As an Arabic major, I have learned not just about the language, but about pan-Arab culture and history. My studies have further deepened my understanding about the history of Israel and Palestine and the human rights issues faced by Palestinian people.

11. I believe that standing up for Palestine is standing up for humanity. To me, Palestinian solidarity represents the collective struggle of all peoples seeking peace and acknowledgment. I am a member of UF SJP because of these beliefs, which include liberty and justice for all.

12. I knew about the University of Florida chapter of SJP before enrolling at the University of Florida. My program in Jordan brought together students from many different universities across the United States. Many of them were involved in their schools' individual chapters of Students for Justice in Palestine. Knowing I would enroll at the University of Florida after my gap year, I looked up the SJP chapter on social media, and hoped to become a member of the student organization.

13. Even before I joined UF SJP, I knew from its presence on social media that it had been continuously involved in student-led activism in solidarity with Palestine.

14. Membership in UF SJP has enabled me and my peers to engage in meaningful political activism. As a young person and a student, being involved with UF SJP has been a crucial opportunity to make my voice heard on urgent social and human rights issues.

15. Membership in UF SJP has also enabled me to connect and work together with fellow students with a wide range of life experiences. UF SJP's

members include University of Florida students from a variety of religious, racial, and cultural backgrounds. This includes members who are Jewish, Palestinian, and Palestinian-American, among other backgrounds.

16. While I have been part of UF SJP, the organization has coordinated vigils, protests, public education, and cultural events. There is a strong culture of student engagement with Palestinian solidarity on the University of Florida campus.

17. In the last month, support for our activism has increased significantly. We used Instagram's analytics feature to confirm that since October 7, we have gained 663 followers on Instagram. Our Instagram posts now reach 9,000 accounts. While our previous events typically drew 10 attendees, one recent event attracted an overflowing crowd at a large lecture hall on campus.

18. As a board member of UF SJP, I know that the organization's activism relies on access to University of Florida resources and funding that is set aside for registered student organizations.

19. UF SJP routinely reserves space on the University of Florida campus for meetings and events. Without access to University of Florida facilities, UF SJP would not be able to hold meetings in our University of Florida community or host large-scale events that call attention to social and human rights issues in Palestine.

20. Currently, UF SJP's only source of funding is from the University of Florida's Student Government, which only offers money to registered student groups. UF SJP must apply for funding from the Student Government every semester. The organization relies on this funding to host events, print promotional materials, and sustain its membership. When UF SJP pays to bring in a speaker or provides food and other materials to event attendees, we require student government funding that is set aside for registered student organizations. For example, I attended a Palestinian embroidery class that UF SJP hosted in March 2023 to promote cultural awareness and understanding. UF SJP relied on university funds to organize that event.

21. Only registered student organizations can post information on GatorConnect, which is the University of Florida website that students access for information about student organizations and upcoming student organization events. I know that UF SJP has used GatorConnect in the past to book rooms for, and calendar, large-scale events and we will need to use it for current and future events.

22. UF SJP's constitution makes clear that our organization is a University of Florida student group, and independent of any other organization, including National Students for Justice for Palestine ("NSJP") and other SJP chapters around the country. Specifically, the UF SJP Constitution states: "NSJP

is not an umbrella organization of which we are a subordinate organization. Rather, NSJP serves as a coalition and networking group for SJPs and other like-minded groups on college campuses across the nation."

23. UF SJP shares the "Students for Justice in Palestine" name with NSJP and other SJP chapters throughout the country as an affirmation of solidarity with Palestine.

24. While I and other board members of UF SJP may share some values with NSJP and other SJP chapters, we have our own mission, values, and principles, and engage in activism independently of NSJP and other SJP chapters.

25. UF SJP receives no funding from NSJP and has no financial relationship with NSJP.

26. UF SJP board members have access to a shared organizational email account. Occasionally, at that account, UF SJP receives emails or other communications from NSJP. In addition, sometimes NSJP will send messages to UF SJP's organizational Instagram account or other social media accounts.

27. Generally, communications from NSJP are mass emails to SJP chapters across the country, including UF SJP, and provide templates for social media advocacy and share information about upcoming pro-Palestine conferences or events.

28.     While I have been a UF SJP board member, my fellow board members and I have not viewed communications from NSJP as instructions from an umbrella or supervisory organization. UF SJP is its own independent organization, and we decide on our own what kind of activism we want to engage in and what kind of information we want to share.

29.     I am aware that UF SJP may sometimes use resources provided by NSJP, such as templates for social media posts, but we make our own independent decisions about UF SJP's views and advocacy.

30.     The other UF SJP board members and I were devastated by the news of the October 7 attack, and by the Israeli government's response afterwards. We were very worried about what would happen to Palestinians in Gaza over the next days and weeks. But we all believed that we needed to organize quickly, because our solidarity was needed more than ever.

31.     On October 8, UF SJP board members met to talk about how we could support Palestinian rights in Gaza in that moment. We discussed hosting a teach-in to educate other students about the history of the Palestine–Israel conflict and context that would help other students understand the current situation there, including UF SJP's criticisms of the Israeli government.

32.     On October 10, 2023, NSJP sent a mass email to SJP chapters around the country, including ours, with a link to a document called the "Day of

Resistance Toolkit." The document suggested messaging resources and action items local SJP chapters could decide to take, such as organizing campus events.

33. UF SJP was not involved in or consulted about the conception or drafting of NSJP's toolkit.

34. As a board, we reviewed NSJP toolkit resources, but did not view them as requirements for us to use, and we did not interpret them as instructions UF SJP was bound to follow.

35. Prior to receiving the toolkit, our chapter had already planned to engage in events that would call attention to the unfolding humanitarian catastrophe in Gaza.

36. On October 10, UF SJP board members and I issued a statement on the organization's Instagram account "mourn[ing] the loss of innocent Palestinian and Israeli civilian life."[1] Our statement made clear that "the killing of any life is always undignified and heartbreaking," and emphasized that "the root of violence, apartheid, and occupation under Israel's far-right government must end for peace."[2] Out of concerns for what the next days might hold, we ended the

---

[1] UF SJP (@UFSJP), Instagram (Oct. 10, 2023), https://www.instagram.com/p/CyOTuu2O1HI.

[2] *Id.*

8

statement "hop[ing] that no more lives, Israeli or Palestinian, are lost. We pray for those who are suffering."[3]

37. On October 12, UF SJP organized a teach-in to spread awareness about the humanitarian crisis in Gaza and educate the student body on how to show support for Palestinian human rights. This event had more attendees than we had ever seen before, with over 200 students participating.

38. In the following days, as the humanitarian crisis in Gaza continued to worsen, UF SJP board members and I were frustrated by the University administration's disregard for the Palestinian civilian deaths in Gaza and the failure to support students perceived to be Palestinian and/or Muslim on campus. To address these frustrations, UF SJP worked together with other student groups to draft another public statement, which UF SJP issued on its Instagram account on October 16. The statement stressed that "[v]iolence against all innocent life is unacceptable," and encouraged the University to "condemn[] all violence, antisemitism, Islamophobia, Palestinian erasure, and anti-Palestinian sentiment."[4]

---

[3] *Id.*

[4] UF SJP (@UFSJP), Instagram (Oct. 16, 2023), https://www.instagram.com/p/CydtM1AO7hq.

39. On October 17, UF SJP board members issued a "call for action" on the organization's social media account.[5] It encouraged its followers continue to show solidarity with the people of Palestine: "organize," "educate," and "protest" to "END the gaza GENOCIDE."[6]

40. When I learned that Chancellor Rodrigues and Governor DeSantis had ordered the University of Florida to deactivate our SJP chapter, my fellow board members and I were scared and disheartened about what the order meant for our organization, values and activism. As a group of students who contribute to activism on campus and the University of Florida community, it is very daunting for my peers and I to see our state and University's leaders calling for UF SJP's disbandment.

41. UF SJP board members and I are afraid that at any moment, the University will disband our organization and strip us of access to the University resources that we rely on to put on events at a time when our advocacy is needed more than ever. Over the last few weeks, the human rights crisis in Gaza and the suffering of Palestinian people has only been getting worse and we urgently feel

---

[5] UF SJP (@UFSJP), Instagram (Oct. 17, 2023), https://www.instagram.com/p/CyhYC9QNwqs.

[6] *Id.*

compelled to speak up and educate our fellow students as our organization's constitution and mission requires us to do.

42. I grew up learning about how important it is for people to exercise our right to speak for what we believe in. It is deeply disappointing to see Florida's highest officials have told us they will censor our speech and advocacy for Palestinian human rights. Their actions are contrary to everything I've learned and understood about how our democracy is supposed to work.

43. After the Deactivation Order was issued, I know that multiple current and potential members of UF SJP are afraid of being punished or investigated by the University or law enforcement because of their participation in our group.

44. UF SJP has applied for student government funding this semester, as it has every semester while I have been a member of the organization. The application is still pending, and UF SJP's board members and I are concerned that the Deactivation Order will prevent us from receiving funding.

45. Despite our fear of being punished, investigated, and disbanded, other UF SJP board members and I are still determined to stand up for our morals and spread awareness in our community about the rights and cause of Palestinian people.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on November 16, 2023

_Mikaela Boelkins_
Mikaela Boelkins