IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STUDENTS FOR JUSTICE IN PALESTINE
AT THE UNIVERSITY OF FLORIDA,

   *Plaintiff*,

v.

                                                           Case No. 1:23-cv-275

RAYMOND RODRIGUES, et al.,

   *Defendants*.

_____

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 11.1 of the United States District Court for the Northern District of Florida, Brett Max Kaufman respectfully moves this Court for leave to appear *pro hac vice* on behalf of STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF FLORIDA ("Plaintiff"), and states as follows:

1. Plaintiff has retained the law firm of the American Civil Liberties Union Foundation ("ACLU") to represent it in this matter, together with the American Civil Liberties Union Foundation of Florida and Palestine Legal.

2. I reside in the State of California, I am not a resident of the State of Florida, and I am not admitted to practice in the Northern District of Florida.

3. I am an attorney with the ACLU, and regularly practice law out of the ACLU's office in New York, NY.

4. I am licensed to practice law in the State of New York and an active member in good standing of the New York Bar (Registration No. 4828398). A current Certificate of Good Standing is attached as Exhibit A (New York, November 10, 2023).

5. I have successfully completed the online Local Rules tutorial exam. My confirmation number is FLND16999110991145.

6. I have reviewed the CM/ECF Attorney User's Guide.

7. I have paid the required *pro hac vice* fee concurrent with the filing of this motion.

WHEREFORE, Brett Max Kaufman respectfully moves this Court for leave to appear *pro hac vice* on behalf of Plaintiff.

Dated: November 16, 2023        American Civil Liberties Union Foundation

*/s/ Brett Max Kaufman*
Brett Max Kaufman
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
bkaufman@aclu.org

*Counsel for Plaintiff*