# United States District Court
### CIVIL MINUTES - GENERAL

Time: 11:01 – 11:17 a.m.  
Date  November 27, 2023

Case # 1:23cv275-MW-MJF

STUDENTS FOR JUSTICE IN PALESTINE AT THE UNIVERSITY OF FLORIDA v. RAYMOND RODRIGUES, et al.

DOCKET ENTRY:  TELEPHONIC SCHEDULING CONFERENCE held.  Parties discuss case status and schedule for [3] Motion for Preliminary Injunction.  Response to [3] Motion and any declarations from defendants due 1/15/24; Reply and plaintiffs' declarations due 1/23/24.  Preliminary injunction hearing set for 9:00 am on 1/26/24.  Parties to confer re: live witnesses and file notice by 5:00 p.m. on 12/22/23.  Any witnesses must be available for deposition by 1/12/24.  Order to follow.

PRESENT:    HONORABLE **MARK E. WALKER**, CHIEF U.S. DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEY(S) APPEARING FOR PLAINTIFF(S):  
Brian Hauss, Daniel Tilley, Aamra Ahmad, Hina Shamsi & Tyler Takemoto

ATTORNEY(S) APPEARING FOR BOARD OF GOVERNORS DEFENDANTS:  
Ashley Lukis

ATTORNEY(S) APPEARING FOR DEFENDANT DESANTIS:  
Nicholas Meros

ATTORNEY(S) APPEARING FOR ALL OTHER DEFENDANTS:  
Hala Sandridge

Initials of the Clerk:  VMM