IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**STUDENTS FOR JUSTICE IN
PALESTINE AT THE UNIVERSITY
OF FLORIDA**

Case No.: 1:23cv-275-MW/MJF

*Plaintiff,*

v.

**RAYMOND RODRIGUES, et al.,**

*Defendants.*
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

Defendants, Dr. Benjamin Sasse, in his official capacity as President of the University of Florida, and Morteza Hosseini, David L. Brandon, Richard P. Cole, Christopher T. Corr, Olivia E. Green, James W. Heavener, Daniel T. O'Keefe, Rahul Patel, Marsha D. Powers, Fred S. Ridley, Danaya C. Wright, Patrick O. Zalupski, and Anita G. Zucker, all in their official capacities as members of the Board of Trustees of the University of Florida (collectively "the Gainesville Defendants"), through undersigned counsel, hereby file their Unopposed Motion for Extension of Time to Answer the Complaint and state as follows:

1. On November 16, 2023, Plaintiff filed its Complaint. On November 20, 2023, Service was completed against the Gainesville Defendants.

2. On November 24, 2023, the Parties filed a Joint Proposed Briefing Schedule, wherein the Plaintiff agreed to a 60-day extension for the Gainesville Defendants to file their Answer to the Complaint.

3. On November 27, 2023, the Order Setting Briefing Schedule was entered but it did not specifically address the agreed-upon extension for filing Answers.

4. Local Rule 6.1 provides that a "stipulation to extend a deadline is effective only with Court approval."

5. While the parties did stipulate to the extension (Dkt. 24, p. 2), the Court has not entered an order approving that extension.

6. To ensure that the Gainesville Defendants are in compliance with the local rule, they ask the Court to enter an order granting the parties' stipulated extension from Monday December 11, 2023, until February 9, 2024, to file an answer to this lawsuit.

**WHEREFORE**, the Gainesville Defendants request this Court enter an order granting the Gainesville Defendants a 60-day extension from Monday December 11, 2023, until February 9, 2024, to file an answer to this lawsuit.

## LOCAL RULE 7.1(B) CONFERRAL

Undersigned counsel certify they conferred via e-mail with all counsel on December 8, 2023, prior to filing this Motion. All counsel agreed to the requested extension of time to file the Gainesville Defendants answer.

Dated: December 8, 2023

        Respectfully submitted,

        By: */s/ Hala Sandridge*

        Hala Sandridge, Esq., FBN: 454362
        hala.sandridge@bipc.com
        BUCHANAN INGERSOLL & ROONEY PC
        401 East Jackson Street, Suite 2400
        Tampa, FL  33602
        P: (813) 222-8180
        F: (813) 222-8189
        Counsel for the Gainesville Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all attorneys of record.

        */s/ Hala Sandridge*
        Hala Sandridge, FBN: 0454362