

**National SJP Map**