4:22

← **National SJP**   Message Us 🔍

👍❤️ 5

👍 5    💬    ↗ 2

**National SJP**
Jan 23 · 🌐

We've received a number of questions regarding conference! Please DM us with any questions should you have any!



OUR 2023 CONFERENCE — ALL YOUR QUESTIONS ANSWERED!

How much does it cost to attend conference? — $25 for in person and $5 for online!

What costs are covered by NSJP? — A percentage of students' flights are reimbursed after conference. Housing is not provided but limited solidarity housing is available upon request. We have resources to assist chapters in applying for funding from your school.

Are meals provided? — YES! We will be serving dinner on Friday, three meals on Saturday, and breakfast + lunch on Sunday!

+4

❤️ 1

👍 1    💬    ↗

**National SJP**
Jan 17 · 🌐