# NATIONAL WEEK OF ACTION FOR PALESTINE
## October 18th - 25th



**Join students across Turtle Island for a week of action in solidarity with millions of Palestinians on the ground facing bombardment, genocide, and apartheid and to demand an end to the US-backed siege on Gaza.**

# CONTENTS

WEEK OF ACTION OVERVIEW
OUR DEMANDS
TAKE ACTION
OUTREACH
SAFETY PLANNING
RESOURCES
APPENDIX
REMINDER

# **WEEK OF ACTION OVERVIEW**

For over 16 years, Palestinians in Gaza have faced a complete land, air, and sea siege by Israel. The occupation has cut off access to life-saving resources, leaving 2.3 people without water, fuel, and the electricity that powers Gaza's sewage treatment and single power plant. Compounding the strain on an already stressed water treatment system and further restricting access to clean drinking water is an intentional strategy employed by the occupation, one that impacts the lives of millions of Palestinians every day. The current indiscriminate bombing campaign, use of internationally banned chemical weapons, targeting of schools and hospitals, and sealing of entryways/exits are all funded by the United States, giving 3.8 billion dollars a year to Israel's military. Make no mistake — Palestinians in Gaza are being collectively punished by the occupation, with full support of the U.S. All of our institutions, including our universities, must be pushed to take clear stances against colonization and ethnic cleansing. The blockade must be lifted, supplies must be allowed in, and people must be allowed to return home.

Every bomb Israel drops on Gaza our universities bankroll through massive investments in the world's largest arms manufacturers–namely, Boeing, Lockheed Martin, Northrop Grumman, General Dynamics, and Elbit Systems. By funding the weapons used by Israel, our universities are **directly complicit** in the colonization and ethnic cleansing of the Palestinian people. We, as student organizers for Palestine liberation, have the power to change that. By divesting from weapons manufacturers, we are able to place targeted pressure on weapons' manufacturers to cut partnerships with Israel. We demand our universities divest their endowments and other monetary investments from war profiteers who are directly responsible for the daily violence faced by Palestinians.

*We call on students across the country to take action this week to stop the US-backed genocide in Gaza and force our universities to divest from weapons manufacturers which arm Israel's genocide in Gaza.*

# **OUR DEMANDS**

1. We demand an **immediate end** to Israel's siege on Gaza and the U.S. military funding to Israel.
2. We demand **our universities fully divest** from weapons' corporations which arm Israel's genocide in Gaza.

# TAKE ACTION

As a **small group of activists**, a **chapter** or other **campus based group** →
- ☐ Gather your collaborators to plan an action on campus calling for an end to the siege on Gaza and to demand that your university fully divest from the weapons industry. See example action tactics in the [Appendix](#) of this document.
- ☐ Launch a petition or letter of demands to put public pressure on decision-makers to divest from weapons' corporations and end all partnerships and programs which normalize Israel's settler-colonial violence.
- ☐ Circulate social media graphics, flyers, and other forms of art propaganda to expose your university's complicity in the ongoing genocide in Palestine and to build support for your demands and calls to action.

As a **staff** or **faculty member** →
- ☐ Support actions being organized on campus by postponing class, and speak publicly in support of students/against student retaliation.
- ☐ Organize your department to issue a statement calling on the administration to divest its support for Israel's apartheid and occupation.
- ☐ Join the Global General Strike on Friday, October 20 by taking Friday off in protest against repressive state terror against Palestinians worldwide.

As an **individual** →
- ☐ Call and email your representatives to demand that congress [stop funding the genocide in Gaza](#).
- ☐ Join actions being organized on your campus or community.
- ☐ Sign onto petitions or letters of demands from local pro-Palestine organizers.
- ☐ Encourage peers and other campus community members to take action.

---

# OUTREACH

**************************[LINK TO GRAPHICS TO POST ON SOCIAL MEDIA](#)**********************

*Caption template to post on social media*

🚨 CALLING ALL STUDENTS: RISE FOR GAZA 🚨

> *From Wednesday, October 18th- Wednesday, October 25th, the above coalition of organizations are calling for a week of action to demand an END to university complicity in Israel's genocide of Gaza and an END to the U.S.-backed siege.*
>
> *TAKE ACTION TODAY! Check out the toolkit in @nationalsjp, @wearedissenters, or @anakbayanusa bio for more information, and reach out with any questions!*
>
> *From the river to the sea, Palestine will be free!* 🇵🇸

<u>Text templates to students and student organizations (group chats, social media, messages, etc.)</u>

> Hello [insert name]! [Organizer name] here with [Organization name]. I'm reaching out to invite [insert Org name] to join a national week of actions in solidarity with the 2.3 million Palestinians facing genocide.
>
> Since Oct 7th, Israeli airstrikes have killed 2,750 Palestinians and wounded 9,700 in Gaza. Schools, hospitals, places of worship, evacuation roads-- everything has been bombed and nowhere is safe. Many if not all of the bombs dropped were manufactured by US companies like Boeing, Raytheon, Lockheed, and others, which our university invests in and partners with. The time is now for us to take action.
>
> We are planning a [action tactic] on [insert date]. Will you join us?
>
> *Next steps after confirming participation/support:.*
>
> 1. Share action toolkit
> 2. Follow up

<u>Email templates to students and student organizations</u>

> Dear [XYZ],
>
> Since Oct 7th, Israeli airstrikes have killed 2,750 Palestinians and wounded 9,700 in Gaza. Schools, hospitals, places of worship, evacuation roads-- everything has been bombed and nowhere is safe. Many if not all of the bombs being dropped as I write this were manufactured by US companies like Boeing, Raytheon, Lockheed, and others, all of whom US universities invest in and partner with. The time is now for us to take action.

Our university administration has **[expressed uncritical support for the state of Israel //** *(if your university has released a vague or 'both sides' statement)* **refused to acknowledge the historic and ongoing genocide of the Palestinian people with a cowardly, decontextualized "both sides" statement //** *(if your university has not released a statement)* **has chosen to remain silent amidst the ongoing and intensified genocide of the Palestinian people]**. We know that this is not unique to our campus, or to our context. University administrators nationwide along with the media establishment, are deploying Islamaphobic and racist, anti-Arab tropes to dehumanize Palestinians.

Enough—we choose to dissent.

**[if immediately applicable, cite example in 1-2 sentences]**

The time is now for us to take action and demand an immediate end to the siege on Gaza and the complete divestment from war profiteers.

On **[insert time/day]**, a coalition of student organizations **– [insert organizations]**– at **[insert university]** are participating in the national week of actions in solidarity with Palestinians facing bombardment, genocide, apartheid.

Join us to demand an immediate end to the siege of Gaza and the U.S. military funding and arms sales to Israel.

Can you make it?

[sign off]

<u>Allies/Community Groups to share to members to support</u>

Dear [NAME],

Since Oct 7th, Israeli airstrikes have killed 2,750 Palestinians and wounded 9,700 in Gaza. Schools, hospitals, places of worship, evacuation roads– everything has been bombed and nowhere is safe to take shelter. Many if not all of the bombs being dropped as **[we/I]** write this were manufactured by US companies like Boeing, Raytheon, Lockheed, and others, all of whom US universities invest in and partner with. The time is now for us to stand in solidarity with groups taking action.

Join us in supporting a coalition of student organizations **– [insert organizations]–** at **[insert university]** on **[insert time/day]** as they participate in the national week of actions in solidarity with Palestinians facing bombardment, genocide, apartheid.

The time is now for us to follow the call of youth organizers nationwide and take action to demand an immediate end to the siege on Gaza and the U.S. military funding and arms sales to Israel.

Will we see you there on **[insert day]**?

[sign off]

---

# SAFETY PLANNING

Here are some **tools to help your group assess, mitigate and stay informed about risks** in the context of taking action on and off campus:

- ❖ [Tips for Digital Security](#)
- ❖ [Harassment Protection for Students and Academics](#)
- ❖ [Contact your local National Lawyers Guild chapter to invite Legal Observers to your protest or to find a representative for someone arrested at a protest.](#)
- ❖ [Civil Disobedience at Public Universities from the ACLU of Northern California](#)
- ❖ [Security Culture for Activists Toolkit from The Ruckus Society for more tips!](#)

FORM A SAFETY TEAM (Source: [Get in Formation: A Community Safety Toolkit](#) )
The safety team decides on security protocols and makes major decisions on the day of the action. Here are some roles to consider if you're planning a large action and have a lot of people ready to help out:

**Security Coordinator:** The point person of the security team, makes decisions on formation changes, de-escalation tactics, and participates in tactical team decisions. Sometimes trains the team before the action or event.

**Program Point:** This is a non-security role. This person generally coordinates speakers, performances, and any other elements of the program. Program Point is an

important part of the Tactical Team because this person knows the run of show and can help to shift or end the program depending on security needs.

**Police Negotiator:** The designated person to interact with police, show permits (if needed), and communicate between tactical and police. Generally, this role is used to 'buy time', support the action or event to meet the goal, and anticipate and reduce potential arrests.

**Marshall:** These are the eyes and ears of a security team. There is usually one marshall for every 20 participants, depending on the level of risk. Marshalls hold the perimeter for the action and act as a buffer between the police and participants. Some marshalls may be trained in physical de-escalation.

**Captains:** A security team larger than 10 people should have captains in order to relay information quickly and maintain discipline and coordination. Captains are responsible for relaying information to a group of as few as three to as many as eight marshalls.

**Lookouts:** Two to four people who run the perimeter of the action to relay information and communication from one end of the action to the other. Runners can also be used to scout potential concerns such as oncoming traffic or police presence.

**Legal Support:** A lawyer who is on-call (and off-site) to advocate for the release of anyone who is arrested during the action.

**Legal Observers:** A team (generally one for every 15 participants) who records all police activity and DOES NOT intervene in physical or verbal incidents. Usually wears different clothing to distinguish from the security team.

**De-escalators:** These are generally highly skilled folks whose role is to intervene in physical violence. They can be officially a part of security or roaming the crowd, depending on conditions.

# **RESOURCES**

- ➔ If your organization or student group needs additional resources, action planning, or campus backlash support, submit a request to NSJP's [Campus Support Coalition](#).
- ➔ If your chapter or student group needs additional support to plan and execute your action(s), fill out [Dissenters Support Form](#).
- ➔ Direct students facing Zionist harassment to [Pal Legal's intake form](#).
- ➔ [Chapters | National Lawyers Guild](#)
- ➔ [Harassment Protection for Students and Academics](#)
- ➔ [Know Your Rights — Palestine Legal](#)
- ➔ [Get in Formation: A Community Safety Toolkit](#)
- ➔ [Safety Training --Shareable](#)
- ➔ [TO SHARE De-Escalation Handout](#)

# **APPENDIX**

**Here are some ways you can take action this week.** Click the links to see more details about each tactic.

- Rally + March
- Letter Delivery
- Call In Action
- Vigil / Altar Build

- Walkout
- Cafeteria / Student Center Disruption
- Bird-Dogging
- Sit-in / Occupation
- Blockade

**Letter Delivery**

*A tactic where participants deliver a letter or other document to a target or set of targets. The letter may be linked to a petition or otherwise be representative of the will of the people.*



*Resources: Beautiful Trouble - Creative Petition Delivery*

**Cafeteria/Student Center Disruption**

*An opportunity to amplify your message on campus by disrupting busy spaces to make an intervention on business as usual.*

 

*Resources: [Beautiful Trouble - Creative Disruption](#)*
*[#BlackBrunch Manual](#)*

---

**Blockade**

*A tactic where participants block access to a location. Blockades may be formed with peoples' bodies, bodies attached to various kinds of equipment, and/or simply objects that are difficult to remove (e.g. heavy objects or lots of a different kind of object).*

 

*Resources: [Beautiful Trouble - Blockade](#)*
*[Destructibles - Lockboxes](#)*
*[The Ruckus Society - A Tiny Little Blockades Booklet](#)*

**Sit-in / Occupation**

*The occupation of a space of significance to the target by action participants. These actions may have a predetermined length or continue until the target meets the demands.*



*Resources: Beautiful Trouble - Occupation*
*UltraViolet Guide to Sit-Ins*

**Walkout**

*A tactic in which participants, typically students or faculty, walk out of their classes while school is in session in order to join a larger action calling attention to the issue.*



*Resources: Beautiful Trouble - Distributed Action*

**Bird-Dogging**

*A tactic in which participants pursue their target wherever they are in order to force the target to pay attention or respond to their issue. This usually involves gathering some information on where your target might be when (e.g. speaking engagements, meetings, or other events) and/or familiarizing yourself with your targets' routines. The same person or persons does not need to be present at each instance of bird-dogging for it to be effective, so long as the messaging is consistent.*

 

*Resources: [Backbone Campaign - Bird-Dog Manual (Excerpt)](#)*
             *[Beautiful Trouble - Media Jacking](#)*
             *[Center for Biological Diversity - How to Bird Dog](#)*

---

**Call-In Action**

*A tactic in which participants call targets nonstop, forcing them to pay attention to the issue. This is an accessible action that many people can participate in, regardless of location.*



*Resources: [Beautiful Trouble - Phone Banking](#)*
             *[Beautiful Trouble - Phone Blockade](#)*

---

**Vigil / Altar Build**

*Mourning and remembrance as protest. The creation of a physical sacred space (e.g. an altar) in order to remember those whose lives have been lost due to the issue at hand. Altars may be standalone or accompanied by a vigil, which typically involves speaking and/or activities that those present may take part in.*




*Resources:* [Beautiful Trouble - Artistic Vigil](#)
[Beautiful Trouble - Lamentation](#)
[Black Feminist Future - Community Altar Building Toolkit](#)

**[Check out this slideshow of examples, tips, and resources for more inspiration!](#)**

---

## **REMINDER**

**Document your action(s)!**
Take photos of your action, to show that people are throwing down for Palestine. For security reasons you may want to avoid closeups of faces, so instead focus on messages on signs and photos that demonstrate the size of the crowd. Since mainstream media is carrying out a massive dehumanization and misinformation campaign, it's imperative that we tell our own stories of resistance and solidarity.

Share your photos through DM's with the organizations behind this week of action (@nationalsjp, @aroc_bayarea, @palestinianyouthmovement, @wearedissenters, @anakbayanusa), so that we can amplify each other's work. Collective action is an important site of strength and inspiration as we organize against tremendous odds right now to end the US's support for Israel's genocide in Gaza.