IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STUDENTS FOR JUSTICE IN PALESTINE
AT THE UNIVERSITY OF FLORIDA,

    *Plaintiff*,

v.

RAYMOND RODRIGUES, et al.,

    *Defendants*.

Case No.
1:23-cv-275-MW-MJF

## **PLAINTIFF'S UNOPPOSED MOTION TO SUPPLEMENT THE RECORD**

Plaintiff Students for Justice in Palestine at the University of Florida files this motion to supplement the evidentiary record in support of Plaintiff's Motion for Preliminary Injunction to include the attached newspaper article or, in the alternative, to take judicial notice of the attached article. On January 22nd, Plaintiff's counsel sought Defendants' position on this motion, and Defendants have responded that they take no position. In support of this motion, Plaintiff states as follows:

    1.    On January 19, 2024, the Tampa Bay Times ran an article concerning this lawsuit. Divya Kumar, *Did DeSantis push to disband pro-Palestinian student*

1

*group? Two answers*, Tampa Bay Times (Jan. 19, 2024).[1] A true and correct copy of the article is attached to this motion.

2. After describing the discrepancy between Governor DeSantis's representations in this Court and his public statements taking credit for the Deactivation Order, the article states:

> The governor's office did not respond to requests for comment regarding the differing stances. But asked to comment generally on DeSantis' effort to be dismissed as a defendant, the office responded with a statement that doubled down on his campaign message — a version of events at odds with what his lawyers are contending.
>
> "Groups that claim to be part of a foreign terrorist movement have no place on our university campuses," the statement said. "The governor was right to disband a group that provides material support to a terrorist organization."

3. This statement supports Plaintiff's request for a preliminary injunction in several ways, including by showing that: Plaintiff continues to face a credible threat of deactivation on the unconstitutional grounds identified in the Deactivation Order; Governor DeSantis continues to issue statements regarding the Deactivation Order that objectively chill Plaintiff's organizing, speech, and association; and Governor DeSantis is at least partly responsible for the Deactivation Order and the ongoing irreparable harm to Plaintiff's First Amendment rights.

---

[1] https://www.tampabay.com/news/education/2024/01/19/did-desantis-push-disband-pro-palestinian-student-group-two-answers/

2

4.     The article was published on January 19, 2024, after the January 15 deadline for Plaintiff's prior briefing.

5.     If the Court declines to supplement the record at this juncture, Plaintiff respectfully requests that the Court take judicial notice of the attached article. *See* Fed. R. Evid. 201 (stating that a "court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," and noting that a court "must take judicial notice if a party requests it and the court is supplied with the necessary information").

For the foregoing reasons, Plaintiff respectfully requests that the Court supplement the record to include the attached newspaper article or, in the alternative, take judicial notice of the attached article.

Dated: January 24, 2024

/*s*/ Daniel B. Tilley
Daniel B. Tilley (FBN 102882)
Jerry C. Edwards (FBN 1003437)
AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel.: (786) 363-2714
dtilley@aclufl.org
jedwards@aclufl.org

Aamra Ahmad*
Tyler Takemoto*
AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
Tel.: (202) 457-0800
aahmad@aclu.org
ttakemoto@aclu.org

*Admitted pro hac vice*

Respectfully submitted,

Hina Shamsi*
Brian Hauss*
Brett Max Kaufman*
Shaiba Rather*
AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION
125 Broad Street
New York, NY 10004
Tel.: (212) 549-2500
hshamsi@aclu.org
bhauss@aclu.org
bkaufman@aclu.org
srather@aclu.org

Radhika Sainath*
PALESTINE LEGAL
55 Exchange Pl.
New York, NY 10005
Tel.: (312) 212-0448
radhika@palestinelegal.org

*Counsel for Plaintiff*

4