IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STUDENTS FOR JUSTICE IN PALESTINE
AT THE UNIVERSITY OF FLORIDA,

    *Plaintiff*,

v.

RAYMOND RODRIGUES, et al.,

    *Defendants*.

Case No.
1:23-cv-275-MW-MJF

## DECLARATION OF DANIEL B. TILLEY IN SUPPORT OF PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD

I, Daniel B. Tilley, hereby declare and state as follows:

1. My name is Daniel B. Tilley. I am over 18 years of age.

2. I am the Legal Director at American Civil Liberties Union Foundation of Florida and counsel for Plaintiff in this action. The ACLU Foundation of Florida is located at 4343 West Flagler Street, Suite 400, Miami, FL 33134.

3. I am familiar with each of the matters set forth herein based on personal knowledge and review of publicly available information. If called to testify as a witness, I could and would testify competently as to the matters set forth herein.

1

4. On January 19, 2024, the Tampa Bay Times published an article titled: *Did DeSantis push to disband pro-Palestinian student group? Two answers*.

5. Attached as an exhibit to this declaration is a true and correct copy of the article, which is available at https://www.tampabay.com/news/education/2024/01/19/did-desantis-push-disband-pro-palestinian-student-group-two-answers/.

6. Plaintiff's counsel saved a PDF image of the article without pop ups using the web browser's inspect element function.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed on January 24, 2024.

/s/ Daniel B. Tilley
Daniel B. Tilley

Daniel B. Tilley (FBN 102882)
AMERICAN CIVIL LIBERTIES
 UNION FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org