NEWS  /  THE EDUCATION GRADEBOOK

# Did DeSantis push to disband pro-Palestinian student group? Two answers.

The governor's position as a presidential candidate differs from what his lawyers are saying in federal court.

   



Gov. Ron DeSantis speaks during the Republican presidential primary debate on Nov. 8, 2023, in Miami, where he told voters he acted to shut down a pro-Palestinian student group on Florida university campuses. In federal court, his lawyers backed away from that characterization. [ REBECCA BLACKWELL | AP ]

By **Divya Kumar**  *Times staff*

Published Jan. 19

After months of touting that he had rid Florida's university campuses of a pro-Palestine student group, Gov. Ron DeSantis is backing away from that claim as his lawyers defend him in two federal lawsuits over the matter.

The lawyers said in a motion filed last week that the governor, through university system chancellor Ray Rodrigues, was only "encouraging" the University of Florida and the University of South Florida to shut down chapters of Students for Justice in Palestine last fall.

DeSantis and Rodrigues have accused the group of giving "material support" to terrorists in the days after the Oct. 7 Hamas attacks on Israel, and Rodrigues said in a memo to university officials that it "must be deactivated" on Florida campuses. He indicated he was working with the governor's office on the matter.

ADVERTISEMENT

But DeSantis, according to his lawyers, never ordered the two schools to ban the group "and neither has attempted to."

That's different from how the governor has characterized his involvement as he runs for president. His campaign website says his administration "directed Florida universities to enforce the law and terminate" both chapters. It also credits DeSantis with seeing that both chapters were "disbanded."

In late October, DeSantis told NBC's "Meet the Press" that the state under his leadership had "absolutely decertified" the groups.

He repeated that message in early November during the Republican primary debate. "I already acted in Florida," DeSantis said. "We deactivated them. We're not going to use state tax dollars to fund jihad."

The UF and USF chapters of Students for Justice in Palestine filed separate federal lawsuits in November, each alleging that DeSantis, Rodrigues and other Florida officials had violated their First Amendment rights in moving to shut them down.

DeSantis' lawyers now point to Rodrigues' Oct. 24 memo, saying "the Governor did not, and could not, issue the memorandum. Thus, the Governor is not responsible for the allegedly unconstitutional conduct."

The governor's office did not respond to requests for comment regarding the differing stances. But asked to comment generally on DeSantis' effort to be dismissed as a defendant, the office responded with a statement that doubled down on his campaign message — a version of events at odds with what his lawyers are contending.

ADVERTISEMENT

"Groups that claim to be part of a foreign terrorist movement have no place on our university campuses," the statement said. "The governor was right to disband a group that provides material support to a terrorist organization."

Lawyers for Rodrigues also have argued to dismiss him as a defendant, along with the Board of Governors, which oversees the State University System.

In a response filed in federal court late last week, lawyers for the American Civil Liberties Union quoted poet and biographer Carl Sandburg in arguing on behalf of the UF student group: "If the facts are against you, argue the law. If the law is against you, argue the facts. If the law and the facts are against you, pound the table and yell like hell."

Florida's leaders, they said, seemed to be doing the latter.

"Florida university officials are now trying to argue that they would not dream of violating their students' First Amendment rights," Hina Shamsi, director of ACLU's National Security Project, said in an email statement. "However, that's exactly what their deactivation order does, and the threat of being deactivated is still hanging over these students' heads. We hope the court will make clear that the order is unconstitutional and cannot be implemented."

Attorneys for the Council of American Islamic Relations, representing the USF group, gave a similar response to attempts by DeSantis and the Board of

Governors to exit the suit.

A D V E R T I S E M E N T

"Defendants also cannot save the Deactivation Order by abandoning or backing away from what it says," they wrote, referring to Rodrigues' memo.

Last week, DeSantis announced Florida would offer a haven for Jewish students fleeing religious persecution, while Rodrigues later clarified that the emergency order issued applied to any student seeking religious persecution after Oct. 7.

A spokesperson for the Board of Governors said the board does not comment on pending litigation.

U.S. District Judge Mark Walker will hear arguments on motions to dismiss defendants on Jan. 26.

*Divya Kumar covers higher education for the Tampa Bay Times, working in partnership with Open Campus.*

**UP NEXT:**  Florida lawmakers move to ban convicted offenders from school sports



Divya Kumar is the higher education reporter. Reach her at dkumar@tampabay.com.

**MORE FOR YOU**

5 weird moments from Ron DeSantis' presidential 

 DeSantis suspends presidential campaign, 

campaign
Yesterday
• News



endorses Trump
Yesterday
• News



A D V E R T I S E M E N T

**DeSantis camp complains of 'election interference' over quick call of Iowa for Trump**
Jan. 15
• News



**Can DeSantis come back against Trump? Here's what history says.**
Jan. 20
• News



**Florida lawmakers review rules for high school sports**
Yesterday
• News



**How Ron DeSantis salvaged a distant second place in Iowa**
Jan. 16
• News



**'Iowa Letdown': How the media is covering DeSantis' second-place finish**
Jan. 16
• News



**6 problems that may have contributed to DeSantis' campaign failure**
Yesterday
• News



**How Floridians and others are reacting to DeSantis' failed campaign**
Yesterday
• News



**After criticizing Trump, DeSantis opted to 'kiss that ring' in the end**
Yesterday
• News



A D V E R T I S E M E N T

A D V E R T I S E M E N T

A D V E R T I S E M E N T

    

## Contact

Help Chat    Customer Service    Submit a News Tip    Contact

## Account

Digital access    Home delivery    Newsletters    Manage my account    Donate    Subscriber FAQ

e-Newspaper FAQ    e-Newspaper App FAQ

## About

Times Publishing Company    About us    Connect with us    Careers

## Advertise

Times Total Media    Media Kit    Place an ad    Public Notices    Classifieds    Best of the Best    Local Ads



## Shop

Champa Bay Shop    Bucs Hardcover Book    Lightning Hardcover Book    Photo Reprints    Article Reprints

Article Licensing    Historic Front Pages    Meeting Backgrounds

## More

News in Education    Expos    Homes    Sponsored Content    Special Sections    Apps    Podcasts    Archives

© 2024 All Rights Reserved
Times Publishing Company

Privacy Policy