IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STUDENTS FOR JUSTICE IN PALESTINE
AT THE UNIVERSITY OF FLORIDA,

    *Plaintiff*,

v.

RAYMOND RODRIGUES, et al.,

    *Defendants*.

Case No.
1:23-cv-275-MW-MJF

**PLAINTIFF'S NOTICE IN RESPONSE TO COURT ORDER**

In its Order dismissing the complaint without prejudice for lack of jurisdiction, the Court directed Plaintiff to file either an amended complaint or a notice with the Court indicating how Plaintiff intends to proceed. ECF No. 52 at 8. In view of the Court's conclusion that "the facts as alleged do not permit a reasonable inference that anyone with the power to do so intends to deactivate Plaintiff going forward," *id.* at 7, Plaintiff respectfully informs the Court that it does not intend to amend the complaint, nor does it intend to appeal the Court's Orders denying the motion for preliminary injunction and dismissing the case without prejudice.

1

Dated: February 15, 2024

/*s*/ Daniel B. Tilley
Daniel B. Tilley (FBN 102882)
Jerry C. Edwards (FBN 1003437)
AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION OF FLORIDA
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel.: (786) 363-2714
dtilley@aclufl.org
jedwards@aclufl.org

Aamra Ahmad*
Tyler Takemoto*
AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
Tel.: (202) 457-0800
aahmad@aclu.org
ttakemoto@aclu.org


* *Admitted pro hac vice*

Respectfully submitted,


Hina Shamsi*
Brian Hauss*
Brett Max Kaufman*
Shaiba Rather*
AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION
125 Broad Street
New York, NY 10004
Tel.: (212) 549-2500
hshamsi@aclu.org
bhauss@aclu.org
bkaufman@aclu.org
srather@aclu.org

Radhika Sainath*
PALESTINE LEGAL
55 Exchange Pl.
New York, NY 10005
Tel.: (312) 212-0448
radhika@palestinelegal.org


*Counsel for Plaintiff*

2