# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

STUDENTS FOR JUSTICE IN PALESTINE
AT THE UNIVERSITY OF SOUTH FLORIDA,
    Plaintiff,

v.                                  Case No. 1:23cv275-MW/MJF

RAYMOND RODRIGUES, et al.,
    Defendants.
_____/

## JUDGMENT

Plaintiff's complaint is dismissed without prejudice for lack of standing.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

<u>February 16, 2024</u>                       s/ KELLI MALU
Date                                         Deputy Clerk: Kelli Malu